UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROJECT THUNDER SHAREHOLDER LIQUIDATING TRUST,<br><br>                    Plaintiff(s),<br><br>   v.<br><br>TNS, INC., et al.,<br><br><br>                    Defendant(s). | CASE NO. 2:13−cv−00249−MJP<br><br>MINUTE ORDER REASSIGNING CASE |

Pursuant to the Amended General Order 03−12 and a request for reassignment to a district judge having been received, this action is hereby reassigned to Honorable Marsha J. Pechman , United States District Judge. All future documents filed in this case must bear the cause number 2:13−cv−00249−MJP and bear the Judge's name in the upper right hand corner of the document.

DATED March 5, 2013

William M. McCool
Clerk of Court

By:  /s/ Peter Voelker
     Deputy Clerk